David A. Chami, #027585
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
david@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jeffrey Tucker*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Tucker, | Case No.: CV-20-154-TUC-DCB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.** |
| Midland Credit Management, Inc., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Jeffrey Tucker and Defendant Midland Credit Management, Inc. ("Midland"), have settled all claims between them in this matter. The parties are in the process of completing final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant Midland. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED: June 19, 2020	PRICE LAW GROUP, APC

By:/s/ *David A. Chami*
David A Chami, #027585
T: (818) 600-5515
david@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jeffrey Tucker*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/* _Roxanne Harris___